IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DIRECTV, INC

v                                          1 03cv860

DAVID K JONES, et al

## ORDER

IT APPEARING TO THE COURT that the individual defendant DAVID K JONES has filed a voluntary petition in a Bankruptcy Court which may become dispositive of this litigation,

**IT IS ORDERED** that the Clerk of Court terminate this action administratively in his records as to the individual defendant DAVID K JONES, and that any party shall have the right to reopen this case for any purpose on motion and notice to all other parties, without prejudice to the rights of any of the parties, at any time prior to the 90th day after the final termination of the bankruptcy proceedings

This the 6th day of July, 2005

James A Beaty, Jr
United States District Judge